| DISTRICT COURT OF THE VIRGIN ISLANDS |
|---|
| DIVISION OF ST. CROIX |

MARK VITALIS,

                      **Plaintiff,**                   2005-CV-0101

    v.

SUN CONSTRUCTORS, INC.,
HOVENSA, L.L.C., RICHARD "DOC"
LANGNER, and EXCEL GROUP, INC.,

                      **Defendants.**

TO:    Lee J. Rohn, Esq.
         David J. Cattie, Esq.
         Linda J. Blair, Esq.

**ORDER AMENDING ORDER GRANTING DEFENDANTS' JOINT MOTION FOR ENLARGEMENT OF TIME**

THIS MATTER came before the Court upon Defendants' Joint Motion For Enlargement of Time to File Joint and Final Pretrial Memorandum (Docket No. 277), which the Court granted by Order Granting Defendants' Joint Motion For Enlargement of Time (Docket No. 279). In said Order and the concomitant Scheduling Order (Docket No. 280), the final pretrial conference was set for June 30, 2009. However, upon further review of the docket in this matter, it has come to the Court's attention that trial has been set to commence June 29, 2009. Consequently, the Court will amend the said orders and change

*Vitalis v. Sun Constructors, Inc.*
2005-CV-0101
Order Amending Order Granting Defendants' Joint Motion For Enlargement of Time
Page 2

the date and time of the said final pretrial conference to June 12, 2009, at 11:00 a.m.  The proposed Joint Final Pretrial Order shall be filed on or before said date and time.

Being advised in the premises and being satisfied therein, it is now hereby **ORDERED**:

1. The Court's Order Granting Defendants' Joint Motion For Enlargement of Time to File Joint and Final Pretrial Memorandum (Docket No. 279) and Scheduling Order (Docket No. 280) are **AMENDED** as follows:

    a. The final pretrial conference is scheduled for **Friday, June 12, 2009, at 11:00 a.m.**

    b. The proposed Joint Final Pretrial Order shall be filed with the Court on or before the date and time of the final pretrial conference.

2. All other deadlines remain the same and in full force and effect.

                                    ENTER:


Dated: May 29, 2009                 /s/ George W. Cannon, Jr.
                                    GEORGE W. CANNON, JR.
                                    U.S. MAGISTRATE JUDGE